IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

James Tyrone Edwards
Name under which you were convicted

name # A.I.S #244859
225028 / ~~(illegible)~~
Your prison number

Sgt. Moore, LT. L. Holland,
S. Sgt. Bussey, Sheriff Boswell
and Russell County Jail
Chief, Alexander
Name of Defendant(s)

CIVIL ACTION NO. 06-88-CB-M
(To be supplied by Clerk of Court)

C/O Russell County Jail
807 Prentiss Drive / P.O. 640 Phenix City, Alabama, 36868-0640
Place of confinement and Address

FILED FEB 13 '06 PM 1:04 USDCALS

①

I. PREVIOUS LAWSUITS

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
Yes (✓)   No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No (✓)

C. If your answer to questions A or B above is yes describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit

Plaintiffs: James Tyron Edwards Jr

Defendants: Muscogee Co. Sheriff's department.

2. Court (if federal court, name the district; if state court, name the county): Middle District Court of Georgia. U.S.D.C.

3. Docket Number: Can't Recall

4. Were you granted the opportunity to proceed without payment of filing fees? Yes (✓)  No ( )

5. Name of Judge to whom the case was assigned: The Honorable Judge Faircloth

6. If your case is no longer pending and has been dismissed state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

Malicious, County Jail Clerk or accounts failed to provide account information. Dismissed, Judge stated I failed to appear in court.

7. Approximate date of filing lawsuit: ~~XXXXXXXXX~~ (Not sure exactly)

8. 1999




8. Approximate date of ruling by court: Can't recall some time in 2000

## II. YOUR PRESENT COMPLAINT:

A. Place or institution where action complained of occurred: Russell County Jail

B. Date it occurred: 2.3.06

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

E. If your answer is YES:

   1. What steps did you take? Writing grievance, copied grievance sent one home other to LT. over jail.
   2. What was the result? none at this time. No response as of yet

F. If your answer is NO explain why not: unknown

G. Your claim (briefly explain your claim: what, when, where, who, do not cite cases; you may, without leave of court add up to five (5) additional pages if necessary)

On 2/3/06 I requested to move from L1 max housing unit because me and inmates in the dorm where having problems. After 11 O'clock lock down I spoke with Sgt. Moore about my request he refused to move me. So I flooded my cell to show that I fear for my safety. He and two unnamed officers came and made me lay down in dirty toilet water. I complied. I was handcuffed and taken into the hall way. After they conduct a head count I was placed in shackles and told to mop up the water. I complied. 15 minutes later the above named sgt. came back with the un named officers. I was then sprayed and Badly Beaten with the night stick for about 15 minutes. I was in shackles. After I was handcuffed again and taken to Holding cell #3.
I repeatedly ask for medical attention to look at my left hand

4

and other knots and bruses on my body, they refuse to Provide me with medical attention.

III. PARTIES.

A. Plaintiff (Your name/AIS): James Tyrone Edwards Jr.

Your present address: Russell County Jail, P.O. Box 640 Phenix City, Alabama. 36868-0640

B. Defendant(s):

1. Defendant (full name) Moore [First name unknown] is employed as Sargent/Deputy at Russell county jail

Her/His name/Present address is Moore 307 Prentis Drive, Phenix City, Ala. 36867

(a) Claim against this defendant Cruel and unusally Punishment. emotional Distress, Pain and suffering.

(b) Supporting facts (include date/location of incident):

2.8.06 L/max housing unit, Russell county Jail P.O. 640 Phenix. Ala. 36867  Forced to lay in toilet water sprayed with mace, Beaten with nightsticks

2. Defendant (full name) Loretta Holland is employed as Luetenit at Russell County Jail

His/her present address is loretta Holland 307 Prentic Drive, Phenix City, Ala. 36867

(a) Claim against the defendant: cruel and unusual Punishment, emotional distress, Pain and suffering.

(b). Supporting facts (include date/location of incident):

2/3/06 L/max housing unit, Russell co. Jail P.O. Box 640 Phenix Ala. 36868-0640 Beaten with night stick, Force to lay in toilet water, sprayed with mace

3. Defendant (full name) Bussey [First name unknown] is employed as Staff Sargent at Russell County Jail

5

His/her present address is <u>207 Prattos Drive, Phenix City Ala 36867</u>.

(a) Claim against this defendant: <u>Cruel and unusual Punishment, emotional distress pain and suffering</u>

(b) Supporting facts (Include date/location of incident):

<u>2.3.06 L/max Russell County Jail P.O. Box 640 Phenix, Ala. 36868 Beating with nightsticks, Forced to lay in toilet water, sprayed with mace</u>

(Continued)

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: <u>3rd Degree Burglary, Poss. Contrell substance (cocain)</u>.

2. When were you convicted? <u>yes (Guilty Plea)</u>

3. What is the term of your sentence? <u>10 years</u>

4. When did you start serving this sentence? <u>1.17.06</u>

5. Do you have any other convictions which form the basis of a future sentence? Yes ( ) No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? <u>Unknown as of now</u>

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

    Writ of habeas    yes( ) no( )        yes( ) no( )
    corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

$100,000.00 in damages and remove all employees implicated in lawsuit.

_____

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

2/4/06
Date

James T. Edwards
(Signature of Plaintiff Under Penalty of Perjury)

P.O. Box 640
Current Mailing Address

Phenix City Alabama 36868-0640

n/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

James Tyrone Edwards Jr.
Russell County Jail / AIS#244889
P.O. Box 640
Phenix City, Alabama 36868-0640




TO United States District Court
of Southern Alabama
*CLERK*
113 St. Joseph Street
Mobile, Alabama. 36602
*Official Business*