IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES TYRONE EDWARDS, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 06-0088-CB-M |
| LT. LORETTA HOLLAND, et al., | : |
| Defendants. | : |

ORDER

The Court's Order dated March 13, 2006 (Doc. 3), was sent to Plaintiff at Russell County Jail, P. O. Box 640, Phenix City, Alabama, 36868, which is the last address that Plaintiff provided, and was returned to the Court with the notations "Attempted Not Known" and "Return to sender No Longer at This Address." The information taken from the Alabama Department of Corrections' website indicated that Plaintiff is presently incarcerated at Kilby Correctional Facility, P. O. Box 150, Mt. Meigs, Alabama 36057. The Clerk is **DIRECTED** to re-mail a copy of the Court's Order dated March 13, 2006 (Doc. 3), to Plaintiff at Kilby Correctional Facility. The Clerk is **FURTHER DIRECTED** to correct the Court docket to reflect Plaintiff's current address.

Plaintiff is warned that his failure to advise the Court immediately of a change in address will result in the dismissal of his action for failure to prosecute and to obey the Court's Order.

DONE this 29th day of March, 2006.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE