IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES TYRONE EDWARDS,          :

    Plaintiff,              :

vs.                            :   CIVIL ACTION 06-0088-CB-M

LT. LORETTA HOLLAND, et al.,   :

    Defendants.             :

## ORDER

The Order entered March 9, 2006, ruling on Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 3) is hereby **RESCINDED,** in light of the Prison Litigation Reform Act of 1996, so the transferee Court may address the motion and related issues.

DONE this 28th day of June, 2006.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE