IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES TYRONE EDWARDS,  :

    Plaintiff,  :

vs.  :  CIVIL ACTION 06-0088-CB-M

LT. LORETTA HOLLAND, et al.,  :

    Defendants.  :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

DONE this 15th day of August, 2006.

                                            s/ Charles R. Butler, Jr.
                                            **Senior United States District Judge**