IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JAMES TYRONE EDWARDS, #244 859        *

     Plaintiff,                                                    *

     v.                                                             *        3:06-CV-740-MHT

SGT. MOORE,  *et al.*,                                    *

     Defendants.                                           *

_____

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before September 25, 2006 Plaintiff shall show cause why this

case should not be dismissed for his failure to pay the initial partial filing fee in compliance

with the order entered on August 23, 2006.   ( Doc. No. 8.)  In filing his response, Plaintiff

shall advise the court of whether he authorized prison officials to withdraw funds from his

prison account for payment of the initial partial filing fee, whether he has simply chosen not

to submit the filing fee, or whether he is unable to comply at this time with the order

directing payment of  an initial partial filing fee.  If Plaintiff does not wish to continue with

this cause of action, he shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to file a response to this order will result in a

Recommendation that this case be dismissed.

DONE, this 15th day of September, 2006.

<div style="margin-left: 45%;">

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED   STATES   MAGISTRATE   JUDGE

</div>