**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Loretta Holland
   Russell County Jail
   307 Prentiss Drive
   Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
   Sheri Massey                          10/7/06

C. Signature
   x Sheri Massey
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   3:06CV740
   N + P°

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7005 1820 0002 3461 6951

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952