**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William Alexander
   Russell County Jail Chief
   Russell County Jail
   307 Prentiss Drive
   Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
   Ashlea Mangum 10.5.06

C. Signature
   X Ashlea Mangum
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:06cv740
   c t po
   (MO)

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy   7005 1820 0002 3465 1143

102595-00-M-0952

Domestic Return Receipt

2811 July 1999

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sgt. Bussey
    Russell County Jail
    307 Prentiss Drive
    Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
   Felicia Mangum   10.5.06

C. Signature
   X _Tonica King_    ☐ Agent  ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☒ No

   3:06cv740
   C & P°                    ⓐ

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Co   7005 1820 0002 3461 6968

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Moore
   Russell County Jail
   307 Prentiss Drive
   Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Ashley Mangum   B. Date of Delivery 10.5.06

C. Signature
   X  Ashli Mang                   ☐ Agent
                                   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

   3:06CV740
   C + 00                          (40)

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from   7005 1820 0002 3461 6937

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sheriff Thomas Boswell
    Russell County Sheriff's Department
    P.O. Box 640
    Phenix City, AL 36867

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   Ashica Mangum   10.5.0

C. Signature
   X _Ashica Mangum_    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:
   3:06cv740
   ct po  (40)

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   1820 0002 3461 6975

102595-00-M-0952

Domestic Return Receipt

July 1999