IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JAMES TYRONE EDWARDS, | * | |
| #244 859 | | |
|     Plaintiff, | * | |
| | | |
| v. | * | 3:06-CV-740-MHT |
| | | |
| SGT. MOORE, *et al.*, | * | |
| | | |
|     Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 16) is GRANTED; and

2. Defendants are GRANTED an extension from November 13, 2006 to December 5, 2006 to file their answer and written report.

DONE, this 14th day of November 2006.

                                                             /s/Susan Russ Walker
                                                        SUSAN RUSS WALKER
                                                        UNITED STATES MAGISTRATE JUDGE