IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JAMES TYRONE EDWARDS, )
#244859 )
 )
    Plaintiff, )
 )
Vs. ) CASE NO. 3:06-CV-740-MHT
 )
SGT. MOORE, et al., )
 )
    Defendants. )

### MOTION FOR ENLARGEMENT OF TIME

**COMES** now James Tyrone Edwards, #244859 ("Plaintiff"), by and through inmate legal assistance, moves this Honorable Court on motion, pursuant to **Rule 6(b), F.R.Civ.P.** for enlargement of time to file a response in opposition to Defendants' written report, and in support states hereto:

The Magistrate Judge has reviewed the special report and supporting evidentiary materials filed by Defendants on December 4, 2006.

On December 6, 2006, the Magistrate Judge entered an Order that on or before December 27, 2006, Plaintiff shall file a response to Defendants written report.

Due to holiday programs scheduled at this Facility during the entire month of December, restricts normal access to law library, preventing Plaintiff to comply with the Magistrate Judge's Order of December 6, 2006. In reference of this

restriction, Plaintiff humbly requests that this Honorable Court to enlarge the time of 21 days, on or before January 17, 2006 to file a response in opposition to Defendants written report. Plaintiff contends that such enlargement will not be prejudicial to Defendants.

**WHEREFORE, Premises Considered,** Plaintiff pray that this Honorable Court grant motion for enlargement of time.

Respectfully submitted,

*James T. Edwards* 244859
JAMES TYRONE EDWARDS #244859

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2006, I have served a copy of the foregoing motion upon Hon. Winthrop E. Johnson, Attorney for Defendants, by placing same in U.S. Postal Box at Limestone Correctional Facility, postage prepaid, first class and properly addressed.

BY: *James T. Edwards*
**JAMES TYRONE EDWARDS #244859
LIMESTONE CORRECTIONAL FAC.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009**