IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JAMES TYRONE EDWARDS,         *
#244 859
    Plaintiff,                *

    v.                        *     3:06-CV-740-MHT

SGT. MOORE, *et al.*,            *

    Defendants.               *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

    1. Plaintiff's Motion for Extension of Time (Doc. No. 20) is GRANTED; and

    2. Plaintiff is GRANTED an extension from December 27, 2006 to January 17, 2007 to file his response to Defendants' written report.

    DONE, this 4th day of January 2007.

                                             /s/Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE