IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JAN 19 A 9: 47

JAMES TYRONE EDWARDS
       PLAINTIFF

                                 CIVIL ACTION NO:
                               3:06-CV-740-MHT-SRW

V.

SGT. MOORE. etal
       DEFENDANTS

PLAINTIFF'S MOTION FOR EXSTENTION OF TIME

Pursuant to rule 6(b) FRCP. Plaintiff seeks an extension of thirty (30) days from Jan. 16, 2007 to file his answer to the Defendant's special report and in support of said request the following is shown:

      (1) Due to the security concerns involving transfers the institutional law library will be closed at any time.

      (2). Due to the upcoming holiday (Jan. 15, 2006) the institutional law library and institutional mailroom will be closed.

WHEREAS, PLAINTIFF reply is originally due to be filed by or on January 16 2007.

WHEREAS, PLAINTIFF Respectfully seeks an extension of thirty (30) additional days.

WHEREAS PLAINTIFF reply is due to be filed by or on Feb. 17, 2007.

DONE THIS 10th DAY OF January A.D. 2007

Respectfully Submitted

*JAMES TYRONE EDWARDS*

James T Edwards

CERTIFICATE OF SERVICE

I hereby certify that a true copy of foregoing motion for extension of time has been served upon:

HON. Winthrop E. Johnson
Attorney for Defendant
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Ala. 36124

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
15 LEE STREET
Montgomery, Ala. 36104