IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JAMES TYRONE EDWARDS, #244 859 | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-740-MHT |
| SGT. MOORE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 22) is GRANTED; and

2. Plaintiff is GRANTED an extension from January 17, 2007 to February 16, 2007 to file his response to Defendants' written report.

DONE, this 22nd day of January 2007.

                                              /s/Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED STATES MAGISTRATE JUDGE