IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JAMES TYRONE EDWARDS, #244 859 | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-740-MHT |
| SGT. MOORE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 24) is GRANTED; and

2. Plaintiff is GRANTED an extension from February 16, 2007 to March 19, 2007 to file his response to Defendants' written report. Absent extraordinary circumstances, **NO** further requests for additional time to file an opposition shall be entertained by the court.[1]

DONE, this 14th day of February 2007.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that his opposition should simply, clearly and concisely respond to the allegations and arguments presented in Defendant's written report. Plaintiff is not required to cite to legal authority in his opposition.