IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES TYRONE EDWARDS, #244859, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv740-MHT |
| ) | (WO) |
| SGT. MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the recommendation of the magistrate judge filed on March 12, 2008 (doc. no. ), and after an independent and de novo review of the record, said recommendation is adopted, and it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed without prejudice for plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

DONE, this the 22nd day of April, 2008.

                                                      /s Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE